UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEAN BROWN, | ) | NO. CV 16-2961-ODW (AGR) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| GEORGE WOODWORTH, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this matter is dismissed with prejudice.

DATED: July 11, 2016

_____
OTIS D. WRIGHT II
United States District Judge